**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Harold Antonio ROBINSON,
Defendant–Appellant.**

No. 12–3138.

United States Court of Appeals,
Eighth Circuit.

Submitted: April 5, 2013.

Filed: April 8, 2013.

James M. McHugh, Special, U.S. Attorney's Office, Des Moines, IA, Richard D. Westphal, U.S. Attorney's Office, Davenport, IA, for Plaintiff–Appellee.

Donovan S. Robertson, Rock Island, IL, Defendant–Appellant.

Harold Antonio Robinson, Muscatine, IA, pro se.

Before LOKEN, MELLOY, and BENTON, Circuit Judges.

PER CURIAM.

Harold Robinson appeals the within-Guidelines-range sentence the district court [1] imposed after he pled guilty to a firearms charge. His counsel has moved to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), suggesting that the district court abused its discretion in de-

clining to sentence Robinson to a prison term below the advisory Guidelines range.

Upon careful review, this court concludes that the district court did not abuse its discretion in sentencing Robinson. *See United States v. Feemster*, 572 F.3d 455, 460–62 (8th Cir.2009) (en banc) (describing appellate review of sentencing decisions). This court independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and found no nonfrivolous issues for appeal. Counsel's motion to withdraw is granted, and the judgment of the district court is affirmed.

---

1. The Honorable James E. Gritzner, Chief Judge, United States District Court for the Southern District of Iowa.